### UNITED STATES of America, Plaintiff–Appellee,

v.

### Donald Eugene TIDWELL, Defendant–Appellant.

### No. 02–6688.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2002.

Decided July 10, 2002.

Donald Eugene Tidwell, Appellant Pro Se. Marshall Prince, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald E. Tidwell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying his motion to amend the § 2255 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Tidwell,* Nos. CR–94–297; CA–97–3894–4–12 (D.S.C. Feb. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*